**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2019
JANUARY 28, 2020 SESSION

FILED
JAN 29 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-00016
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)

MATTHEW BRADLEY THACKER

**I N D I C T M E N T**
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about November 16, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MATTHEW BRADLEY THACKER knowingly possessed the following firearms in and affecting interstate commerce:

   a. a North American Arms, model NAA22, .22 caliber, revolver;

   b. Charter Arms, .38 caliber, revolver.

2. At the time defendant MATTHEW BRADLEY THACKER possessed the aforesaid firearms, he knew he had been convicted of crimes each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about October 28, 2014, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida of the felony offenses of

Aggravated Battery in violation of Florida Statute § 784.045 and Aggravated Assault in violation of Florida Statute § 784.021, Case Number 12-10449-450CFANO.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                      MICHAEL B. STUART
                                      United States Attorney

                By: _____
                     STEPHANIE S. TAYLOR
                     Assistant United States Attorney