AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| MATTHEW BRADLEY THACKER | ) Case No. 3:20-cr-00016 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW BRADLEY THACKER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(1) & 18 USC 924(a)(2) - felon in possession of a firearm

Date: 01/29/2020

*Issuing officer's signature*

City and state: Huntington, WV

Rory L. Perry II, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01-29-20, and the person was arrested on *(date)* 05-19-20
at *(city and state)* Huntington, WV.

Date: 5-19-20

*Arresting officer's signature* for Rosario

DUSM James B. Mounts for Rosario
*Printed name and title*